Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
CRYSTAL JOY CHITTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL JOY CHITTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:24-CV-01945 (CKD)<br><br><br>**MOTION FOR 30-DAY BRIEFING<br>EXTENSION; ORDER** |

On July 16, 2024, Plaintiff Crystal Joy Chitty filed the above-referenced action seeking judicial review of the defendant Commissioner of Social Security's denial of her claim for Social Security disability benefits. (ECF Doc. 1) The defendant responded to Plaintiff's Complaint on September 20, 2024. (ECF Doc. 10). Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is due to be filed on or before October 21, 2024. (ECF Doc. 7, at p.2:12-14)

Plaintiff HEREBY MOVES for an extension of thirty (30) days within which to file her motion for summary judgment. (ECF Doc. 7, at p.2:24-25) This is Plaintiff's first request for an extension of time. Counsel seeks the extension due to conflicting briefing deadlines in other matters and, as Plaintiff's counsel was not involved at the administrative level, to effectively advocate for Plaintiff as a close review of the administrative record concerning Plaintiff's medical

issues is necessary and required. *See*, *Costa v. Comm'r of Soc. Sec. Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."].

On October 11, 2024, counsel for the Defendant informed Plaintiff's counsel by email that the Commissioner of Social Security has no objection to the requested extension and does not oppose Plaintiff's motion.

Respectfully submitted,

Dated: October 11, 2024                  NEWEL LAW

By:      *Melissa Newel*
         Melissa Newel
         Attorney for Plaintiff
         CRYSTAL JOY CHITTY

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff's motion for extension of time (ECF NO. 11) is GRANTED.  Plaintiff's Opening Brief shall now be filed on or before November 20, 2024, and all corresponding deadlines are modified accordingly.

Dated:  October 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE