1  Melissa Newel (#148563)
   NEWEL LAW
2  2625 Alcatraz Ave., Suite 132
   Berkeley, CA  94705
3  (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   CRYSTAL JOY CHITTY
6

7

8               UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | CRYSTAL JOY CHITTY,              | No.  2:24-CV-001945 (CKD)
12 |          Plaintiff,              |
13 |     v.                           | **MOTION AND ORDER FOR FURTHER BRIEFING EXTENSION**
14 | COMMISSIONER OF                  |
15 | SOCIAL SECURITY,                 |
16 |          Defendant.              |

17       On October 16, 2024, the Court granted Plaintiff's request for a thirty (30) day extension
18 of time to file Plaintiff's Opening Brief. (ECF Doc. 11, 12) Plaintiff's brief is due to be filed no
19 later than November 20, 2024. *Id.* Due to illness, Plaintiff's counsel brings the instant motion
20 seeking a second extension of thirty (30) days. Plaintiff's counsel sincerely apologizes to the
21 Court for any inconvenience. Counsel for the Defendant Commissioner of Social Security
22 ("Commissioner") informed Plaintiff's counsel by email on today's date that the Commissioner
23 has no objection to the delay and does not oppose this motion.

24

25 Dated: November 15, 2024                   Respectively submitted,
                                              NEWEL LAW
26

27                                      By:   *Melissa Newel*
                                              Melissa Newel
28

Attorney for Plaintiff
CRYSTAL JOY CHITTY

**ORDER**

Good cause having been shown, plaintiff's motion for extension of time (ECF No. 13) is GRANTED. Plaintiff's Opening Brief shall now be filed on or before December 20, 2024, and all corresponding deadlines are modified accordingly.

Dated: November 19, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE